**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CORWIN TELTSHIK | * | |
| Plaintiff | * | |
| v. | * | |
| WILLIAMS & JENSEN, PLLC, et al. | * | CASE#:1:08-Cv-00089 HHK |
| Defendants | * | (jury trial demanded) |

*****************************************************************************

**ENTRY OF APPEARANCE**

    **NOW COMES**, Plaintiff Corwin Teltshik, by and through local counsel, J. Wyndal Gordon of THE LAW OFFICE OF J. WYNDAL GORDON, P.A., to submit this Entry of Appearance as local counsel in the above captioned matter pursuant to the Federal and Local Rules.

    Respectfully Submitted,

_____
J. Wyndal Gordon
Fed. Dar. No:  jwg23572
THE LAW OFFICE OF J. WYNDAL GORDON, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202
410.332.4121 o
410.347.3144 f
Local Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, this ____ day of ____, 2008, that the foregoing Entry of Appearance was served upon:

Leonard Bradt
THE LAW OFFICE OF
5151 San Felipe, Suite 1950
Houston, Texas 77056

Reginald McKamie
THE LAW OFFICE OF
1210 Antoine Drive,
Houston, Texas 77055

_____
J. Wyndal Gordon