IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN L. TELTSCHIK,<br>    *Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. No. 08-0089<br>(Jury Demanded) |
| WILLIAMS & JENSEN, PLLC,<br>BARBARA WIXON BONFIGLIO,<br>JOHN MCGAHNS, MEREDITH KELLEY,<br>ROBERT J. MARTINEZ  and<br>JAMES W. ELLIS,<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§ | |

**MOTION TO APPEAR PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Local Civil Rule 83.2(d), undersigned counsel moves to appear *pro hac vice* and shows:

1. This motion is signed by J. Wyndal Gordon, a member of the Bar of this Court.

2. Counsel's full name is Leonard Thomas Bradt.

3. Counsel's office address and telephone number are:

    5151 San Felipe, Suite 1950
    Houston, Texas 77056
    (713) 681-2696
    Fax: (713) 255-3242

4. Counsel has been admitted to the following bars:

    Supreme Court of Texas
    Supreme Court of the United States
    United States Court of Appeals for the Federal Circuit
    United States Court of Appeals for the D.C. Circuit
    United States Court of Appeals for the First Circuit

      United States Court of Appeals for the Second Circuit
      United States Court of Appeals for the Third Circuit
      United States Court of Appeals for the Fourth Circuit
      United States Court of Appeals for the Fifth Circuit
      United States Court of Appeals for the Sixth Circuit
      United States Court of Appeals for the Seventh Circuit
      United States Court of Appeals for the Eighth Circuit
      United States Court of Appeals for the Ninth Circuit
      United States Court of Appeals for the Tenth Circuit
      United States Court of Appeals for the Eleventh Circuit
      United States Tax Court
      United States Claims Court
      United States Court of International Trade
      United States Court of Customs and Patent Appeals
      United States District Court for the Southern District of Texas
      United States District Court for the Northern District of Texas
      United States District Court for the Eastern District of Texas
      United States District Court for the District of Arizona
      United States District Court for the District of Hawaii

5. Counsel was disciplined by the State Bar of Texas in 1990. Counsel's office manager stole funds belonging to a client and counsel was found to have failed to properly supervise his employee. Counsel paid restitution of $3,600 to the client and accepted a 60-day active and 12-month probated suspension.

6. Counsel has never before sought to be admitted *pro hac vice* in this Court before this case. Counsel does not have an application for membership to the Bar of this Court pending.

WHEREFORE, undersigned counsel prays that this Court grant him permission to appear *pro hac vice* as co-counsel for Plaintiff.

Respectfully submitted,

/s/ Leonard Thomas Bradt
Leonard Thomas Bradt
S.B.O.T. # 02841600
5151 San Felipe # 1950
Houston, Texas 77056
(713) 681-2696
Fax: (713) 255-3242

Approved:

/s/ J. Wyndal Gordon
J. Wyndal Gordon
10 N. Calvert Street
Baltimore, MD 21202
(410) 332-4121
Fax: (410)

## DECLARATION UNDER PENALTIES OF PERJURY

THIS DECLARATION is made by Leonard Thomas Bradt pursuant to the provisions of Title 28 U.S.C. § 1746. The factual recitations contained within paragraphs 2 - 6 in the Motion to Appear Pro Hac Vice are true and correct and within his personal knowledge.

Signed this 25th day of February, 2008.

/s/ Leonard Thomas Bradt
Leonard Thomas Bradt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN L. TELTSCHIK,<br>　　*Plaintiff*<br><br>VS.<br><br>WILLIAMS & JENSEN, PLLC,<br>BARBARA WIXON BONFIGLIO,<br>JOHN MCGAHNS, MEREDITH KELLEY,<br>ROBERT J. MARTINEZ  and<br>JAMES W. ELLIS,<br>　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 08-0089<br>(Jury Demanded) |

## ORDER ON MOTION TO APPEAR PRO HAC VICE

The Motion of Leonard Thomas Bradt to appear *pro hac vice* having been presented to the Court and it being in compliance with the Local Rules of Court, it is

**ORDERED** that Leonard Thomas Bradt is permitted to appear *pro hac vice* as co-counsel for Plaintiff, Corwin Teltschik.

SIGNED this ___ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE