UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORWIN T. TELTSCHICK, ) <br> ) <br> **Plaintiffs** ) <br> V. ) <br> ) <br> WILLIAMS & JENSEN, PLLC, et. al ) <br> ) <br> **Defendants** ) | Case No.: 1:08-CV-00089-HHK <br> Judge: Henry H. Kennedy |

### ENTRY OF APPEARANCE

To The Clerk: Please enter the appearance of David B. Stratton and Jordan Coyne & Savits, LLP, as local counsel for Defendants Williams & Jensen, P.L.L.C., Williams & Jensen, P.C., Barbara Wixon Bonfigler, Meredith G. Kelly and Robert J. Martinez.

Respectfully submitted,
JORDAN COYNE & SAVITS, L.L.P.

By: /s/ David B. Stratton
David B. Stratton #413358
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C.  20036
(202) 296-4747

*Counsel for Williams & Jensen, P.L.L.C, Williams & Jensen, P.C., Barbara Wixon Bonfigler, Meredith G. Kelly and Robert J. Martinez*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY,** this 28 day of February, 2008, that the foregoing Entry of Appearance was served electronically upon:

Leonard Bradt
5151 San Felipe, Suite 1950
Houston, TX 77056

Reginald McKamie
1210 Antoine Drive
Houston, TX 77055

J. Wydal Gordon
The Law Office of J. Wydal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202

_____
David B. Stratton