IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN L. TELTSCHIK,<br>　　*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. No. 08-0089<br>(Jury Demanded) |
| WILLIAMS & JENSEN, PLLC,<br>BARBARA WIXON BONFIGLIO,<br>JOHN MCGAHNS, MEREDITH KELLEY,<br>ROBERT J. MARTINEZ  and<br>JAMES W. ELLIS,<br>　　*Defendants* | §<br>§<br>§<br>§<br>§<br>§ | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

　　In compliance with Local Civil Rule 83.2(d), undersigned counsel moves to appear

*pro hac vice* and shows:

1.　　This motion is signed by J. Wyndal Gordon, a member of the Bar of this Court.

2.　　Counsel's full name is Reginald E. McKamie, Sr.

3.　　Counsel's office address and telephone number are:

　　1210 Antoine Drive
　　Houston, Texas 77055
　　(713) 263-9252
　　Fax: (713) 583-1409

4.　　Counsel has been admitted to the following bars:

　　Supreme Court of Texas and all Courts in the State of Texas
　　Supreme Court of the United States
　　United States Court of Appeals for the Fifth Circuit
　　United States Tax Court

5.  Counsel has never been disciplined by the State Bar of Texas.

6.  Counsel has never before sought to be admitted *pro hac vice* in this Court before this case. Counsel does not have an application for membership to the Bar of this Court pending.

WHEREFORE, undersigned counsel prays that this Court grant him permission to appear *pro hac vice* as Lead Counsel for Plaintiff.

                                                Respectfully submitted,

                                                /s/ Reginald E. McKamie, Sr.
Reginald E. McKamie, Sr.
S.B.O.T. # 13686750
1210 Antoine Drive
Houston, Texas 77055
(713) 263-9252
Fax: (713) 583-1409

Approved:

/s/ J. Wyndal Gordon
J. Wyndal Gordon
10 N. Calvert Street
Baltimore, MD 21202
(410) 332-4121
Fax: (410)

**DECLARATION UNDER PENALTIES OF PERJURY**

THIS DECLARATION is made by Reginald E. McKamie, Sr. pursuant to the provisions of Title 28 U.S.C. § 1746. The factual recitations contained within paragraphs 2 - 6 in the Motion to Appear Pro Hac Vice are true and correct and within his personal knowledge.

Signed this 28th day of February, 2008.

/s/ Reginald E. McKamie, Sr.<br>
Reginald E. McKamie, Sr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN L. TELTSCHIK,<br>　*Plaintiff*<br><br>VS.<br><br>WILLIAMS & JENSEN, PLLC,<br>BARBARA WIXON BONFIGLIO,<br>JOHN  MCGAHNS, MEREDITH KELLEY,<br>ROBERT J. MARTINEZ  and<br>JAMES W. ELLIS,<br>　*Defendants* | § § § § § § § § § § § | C.A. No. 08-0089<br>(Jury Demanded) |

**ORDER ON MOTION TO APPEAR PRO HAC VICE**

The Motion of Reginald E. McKamie, Sr. to appear *pro hac vice* having been presented to the Court and it being in compliance with the Local Rules of Court, it is

**ORDERED** that Reginald E. McKamie, Sr. is permitted to appear *pro hac vice* as Lead Counsel for Plaintiff, Corwin Teltschik.

SIGNED this ___ day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE