UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

VS.                                                                           C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

**DEFENDANTS' APPEARANCE OF RESIDENT COUNSEL AND
MOTION FOR ADMISSION *PRO HAC VICE* OF NON-RESIDENT COUNSEL**

TO THE UNITED STATES DISTRICT COURT:

Defendants, Williams & Jensen, P.L.L.C., Williams & Jensen, P.C., (collectively "Williams & Jensen"), Barbara Wixon Bonfiglio ("Bonfiglio"), Meredith G. Kelley ("Kelley") and Robert J. Martinez ("Martinez"), file their Appearance of Resident Counsel and Motion for Admission *Pro Hac Vice* of Non-Resident Counsel and in support would respectfully show as follows:

1.      This matter was recently transferred from the United States District Court of the Southern District of Texas, Galveston Division under C.A. No. 3:07-cv-00409; *Corwin L. Teltschik vs. Williams & Jensen, PLLC, et al.* The following resident attorney hereby appears for Defendants and will serve as local counsel (associated resident attorney) for Defendants pursuant to D.C. Local Rule 83.6:

>   David B. Stratton, Esq.
>   D.C. Bar No. 413358
>   JORDAN COYNE & SAVITS, L.L.P.
>   1100 Connecticut Ave., N.W., Suite 600
>   Washington, D.C. 20036
>   202.496.2807
>   202.496.2800 – FAX
>   dstratton@jocs-law.com

2.   The following non-resident attorneys seek and hereby request admission *pro hac vice* in this matter:

> William S. Helfand
> Federal I.D.: 8791
> Charles T. Jeremiah
> Federal I.D. No. 15222
> Chamberlain, Hrdlicka, White,
>    Williams & Martin
> 1200 Smith Street, Suite 1400
> Houston, Texas  77002
> Telephone:  (713) 658-1818
> Telecopy:  (713) 658-2553
> bill.helfand@chamberlainlaw.com
> charles.jeremiah@chamberlainlaw.com

Mr. Helfand and Mr. Jeremiah are members in good standing in the State of Texas and are admitted to all federal districts in Texas, the Fifth Circuit Court of Appeals and the Untied States Supreme Court.  They are associating with Mr. Stratton, a resident member of the Federal Bar in this case.  Declarations by Mr. Helfand and Mr. Jeremiah will be filed to supplement this motion.

WHEREFORE, Defendants pray that this Court take note of the appearance of counsel, and asks that William S. Helfand and Charles T. Jeremiah be admitted *pro hac vice* in this cause.

> Respectfully submitted,
>
> JORDAN COYNE & SAVITS, L.L.P.
>
> /s/ David B. Stratton
> David B. Stratton, Esq.
> D.C. Bar No. 413358
> JORDAN COYNE & SAVITS, L.L.P.
> 1100 Connecticut Ave., N.W., Suite 600
> Washington, D.C. 20036
> 202.496.2807
> 202.496.2800 – FAX
> dstratton@jocs-law.com
> **ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

William S. Helfand
Federal I.D.: 8791
Charles T. Jeremiah
Federal I.D. No. 15222
Chamberlain, Hrdlicka, White,
    Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Telecopy: (713) 658-2553
bill.helfand@chamberlainlaw.com
charles.jeremiah@chamberlainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application *Pro Hac Vice* has been served to all counsel of record by facsimile on this the 29th day of February, 2008, as follows:

Reginald E. McKamie
Attorney at Law
1210 Antoine Dr., Suite 1000
Houston, Texas 77055

Rob Kelner
Scott Gast
Joshua D. Wolson
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

William S. Helfand
Charles T. Jeremiah
Chamberlain, Hrdlicka, White,
    Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002

David B. Stratton

3

Case 1:08-cv-00089-HHK   Document 7   Filed 02/29/2008   Page 4 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN T. TELTSCHICK, | ) | |
| | ) | |
| Plaintiffs | ) | |
| V. | ) | Case No.: 1:08-CV-00089-HHK |
| | ) | Judge: Henry H. Kennedy |
| WILLIAMS & JENSEN, PLLC, et. al | ) | |
| | ) | |
| Defendants | ) | |

### ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

Upon consideration of the Consent Motion For *Pro Hac Vice* Admission and the entire record herein, it is, by this Court, this _____ day of March, 2008

ORDERED, that the Consent Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that William S. Helfand, Esquire and Charles T. Jeremiah, Esquire are admitted for all purposes, *pro hac vice,* in this action and that the aforementioned counsel are permitted to be heard in open Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record