UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORWIN T. TELTSCHICK , ) <br> ) <br> ) <br> **Plaintiffs** ) <br> V. ) <br> ) <br> WILLIAMS & JENSEN, PLLC, et. al ) <br> ) <br> **Defendants** ) | Case No.: 1:08-CV-00089-HHK <br> Judge: Henry H. Kennedy |

**PRAECIPE**

To The Clerk:

Please accept for filing a copy of the Declaration of William S. Helfand and the Declaration of Charles T. Jeremiah in support of the *Pro Hac Vice* Motions previously filed.

 

Respectfully submitted,
JORDAN COYNE & SAVITS, L.L.P.

By:____/s/_____
   David B. Stratton #413358
   1100 Connecticut Ave., N.W.
   Suite 600
   Washington, D.C.   20036
   (202) 296-4747
   **ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

William S. Helfand
Federal I.D.: 8791
Charles T. Jeremiah
Federal I.D. No. 15222
Chamberlain, Hrdlicka, White,

Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Telecopy: (713) 658-2553
bill.helfand@chamberlainlaw.com
charles.jeremiah@chamberlainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application *Pro Hac Vice* has been served to all counsel of record by facsimile on this the 3rd day of March, 2008, as follows:

Reginald E. McKamie
Attorney at Law
1210 Antoine Dr., Suite 1000
Houston, Texas 77055

Rob Kelner
Scott Gast
Joshua D. Wolson
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

William S. Helfand
Charles T. Jeremiah
Chamberlain, Hrdlicka, White,
    Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002

_____/s/_____
David B. Stratton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

VS.                                            C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

## DECLARATION OF WILLIAM S. HELFAND

| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

1. My full name is William Scott Helfand. I am over eighteen years of age, and I am competent in all respects to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am an attorney and a Shareholder of the law firm of Chamberlain, Hrdlicka, White, Williams & Martin.

3. My business address, telephone number and fax number are as follows:

   Chamberlain, White, Williams & Martin
   1200 Smith Street, Suite 1400
   Houston, Texas 77002
   Telephone (713) 658-1818
   Telecopy (713) 658-2553

4. My law firm represents Defendants Williams & Jensen, Barbara Wixon Bonfiglio, Meredith G. Kelley, and Robert J. Martinez.

5. I have been admitted to practice and am a member in good standing in the following courts:

   a. State of Texas;
   b. United States Supreme Court;
   c. United States Court of Appeal for the Fourth, Fifth, Sixth, Ninth and Tenth Circuits;
   d. United States District Court for the Southern, Eastern, Northern and Western Districts of Texas; and
   e. *pro hac vice* in several United States District Courts throughout the United States.

6.  I certify that I have never been disciplined or the subject of any grievance proceeding by any bar of any state or federal court.

7.  I have not been previously admitted *pro hac vice* in this Court.

8.  I declare under penalty of perjury that all of the foregoing is within my own personal knowledge and is true and correct.

Executed on March __1st__, 2008.

_____
WILLIAM SCOTT HELFAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

VS.                                                           C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

## DECLARATION OF CHARLES T. JEREMIAH

STATE OF TEXAS          §
COUNTY OF HARRIS        §

1. My full name is Charles Teilhard Jeremiah. I am over eighteen years of age, and I am competent in all respects to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am an attorney and Senior Counsel of the law firm of Chamberlain, Hrdlicka, White, Williams & Martin.

3. My business address, telephone number and fax number are as follows:

    Chamberlain, White, Williams & Martin
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    Telephone (713) 658-1818
    Telecopy (713) 658-2553

4. My law firm represents Defendants Williams & Jensen, Barbara Wixon Bonfiglio, Meredith G. Kelley, and Robert J. Martinez.

5. I have been admitted to practice and am a member in good standing in the following courts:

    a. State of Texas;
    b. United States Supreme Court;
    c. United States Court of Appeal for the Fifth Circuit;
    d. United States District Court for the Southern, Eastern, Northern and Western Districts of Texas; and
    e. *pro hac vice* in the United States District Court of New Mexico.

6. I certify that I have never been disciplined or the subject of any grievance proceeding by any bar of any state or federal court.

7. I have not been previously admitted *pro hac vice* in this Court.

8. I declare under penalty of perjury that all of the foregoing is within my own personal knowledge and is true and correct.

Executed on March ___1___, 2008.

_____
CHARLES TEILHARD JEREMIAH