UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

VS.                                                                C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

### DEFENDANTS' ADVISORY TO COURT REGARDING MOTION TO DISMISS

TO THE UNITED STATES DISTRICT COURT:

Defendants, Williams & Jensen, P.L.L.C., Williams & Jensen, P.C., (collectively "Williams & Jensen"), Barbara Wixon Bonfiglio ("Bonfiglio"), Meredith G. Kelley ("Kelley") and Robert J. Martinez ("Martinez"), file this advisory regarding their Motion to Dismiss:

1. At the initial conference in this matter on Friday, February 29, 2008, the Court requested that Defendants clarify whether their pending Motion to Dismiss is based solely on Rule 12(b)(6) of the Federal Rules of Civil Procedure or whether the motion continues to be asserted on any other grounds under Rule 12(b), including jurisdictional grounds.

2. Defendants hereby confirm that, in light of the transfer of this matter to the District of Columbia, they consider the motions based upon Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure, challenging personal jurisdiction and venue, to be moot.

3. Thus, the remaining grounds for dismissal asserted in the Defendants' Motion to Dismiss are those under Rule 12(b)(6) of the Federal Rules of Civil Procedure; that Plaintiff Teltschik has failed to state a claim against these Defendants upon which relief can be granted.

              Respectfully Submitted

              /s/Charles T. Jeremiah
              WILLIAM S. HELFAND
              Attorney-in-charge
              SBOT: 09388250
              CHARLES T. JEREMIAH
              SBOT: 00784338

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
  WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 654-9630
(713) 658-2553 (Fax)
ATTORNEYS FOR DEFENDANTS-MOVANTS
APPEARING *PRO HAC VICE*

OF COUNSEL:

JORDAN COYNE & SAVITS, L.L.P.

David B. Stratton, Esq.
D.C. Bar No. 413358
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
(202) 496-2807
(202)496-2800 (Fax)

LOCAL COUNSEL FOR DEFENDANTS-MOVANTS

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served to all counsel of record by facsimile on this the 7th day of March 2008, as follows:

Reginald E. McKamie
Attorney at Law
1210 Antoine Dr., Suite 1000
Houston, Texas 77055

David B. Stratton, Esq.
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036

J. Wyndal Gordon
Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland  21202

                                            /s/Charles T. Jeremiah