UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORWIN TELTSCHIK,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**WILLIAMS & JENSEN, PLLC, et al.,**<br><br>　　　　　　Defendants. | Civil Action 08-00089 (HHK) |

# ORDER

It is this 11th day of April 2008, hereby

**ORDERED** that by no later than May 9, 2008, each party shall submit to the court a memorandum addressing which state's substantive law should govern the state law claims present in this action.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge