UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

v.                                                                          C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

**JOINT MOTION TO EXTEND DEADLINE TO BRIEF
"CHOICE OF LAW" ISSUE BY SEVEN (7) DAYS**

TO THE UNITED STATES DISTRICT COURT:

Plaintiff Corwin Teltschik and Defendants, Williams & Jensen, P.L.L.C., Williams & Jensen, P.C., (collectively "Williams & Jensen"), Barbara Wixon Bonfiglio ("Bonfiglio"), Meredith G. Kelley ("Kelley") and Robert J. Martinez ("Martinez"), file this Joint Motion to Extend Deadline to Brief "Choice of Law" Issue By Seven (7) Days, and would show:

1. This case was transferred from the United States District Court for the Southern District of Texas, Houston Division. Subsequently, this Court ordered that each party submit to the Court a memorandum addressing which state's substantive law should govern the state law claims alleged in this action. The Court requested this briefing by May 9, 2008.

2. Counsel for Plaintiff and Defendants have diligently engaged in research on the "choice of law" issue. However, the parties need additional time – seven (7) days, to fully yet succinctly brief the issue. Counsel for the respective parties have been unusually busy in recent weeks due to trials, out of state depositions, and appellate briefings. An additional seven (7) days should be sufficient for the parties to complete their briefing on the issue.

4.      Accordingly, the parties jointly pray that the Court extend the deadline to submit their memoranda on the choice of law issue by seven (7) days. With this extension, the memoranda would be due on Friday, May 16, 2008.

                Respectfully Submitted

                /s/Charles T. Jeremiah
                William S. Helfand
                Attorney-in-charge
                SBOT: 09388250
                Charles T. Jeremiah
                SBOT: 00784338

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
      WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 654-9630
(713) 658-2553 (Fax)
ATTORNEYS FOR DEFENDANTS-MOVANTS
APPEARING *PRO HAC VICE*

OF COUNSEL:

JORDAN COYNE & SAVITS, L.L.P.

David B. Stratton, Esq.
D.C. Bar No. 413358
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
(202) 496-2807
(202)496-2800 (Fax)

LOCAL COUNSEL FOR DEFENDANTS-MOVANTS

        /s/L.T. "Butch"Bradt*
L.T. "Butch" Bradt
SBOT: 02841600
5151 San Felipe, Ste. 1950
Houston, Texas 77056
Telephone (713) 681-2696
Facsimile (713) 255-3242

    *Signed by permission
        Charles T. Jeremiah

- and –

Reginald McKamie
SBOT: 13686750
1210 Antoine Drive, Suite 1000
Houston, Texas 77055
Telephone (713) 263-9252
Facsimile (713) 263-9256
ATTORNEYS FOR PLAINTIFF, APPEARING PRO HAC VICE

OF COUNSEL:

LAW OFFICE OF J. WYNDAL GORDON, P.A.
J. Wyndal Gordon
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202
LOCAL COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served to all counsel of record by ECF on this the 9th day of May 2008.

                                    /s/Charles T. Jeremiah

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

VS.                                                                C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

**ORDER ON JOINT MOTION TO EXTEND DEADLINE TO BRIEF
"CHOICE OF LAW" ISSUE BY SEVEN (7) DAYS**

Came on this day for consideration Plaintiff's and Defendants Joint Motion to Extend Deadline to Brief "Choice of Law" Issue By Seven (7). Having considered the same, the Motion is GRANTED;

The Court orders that the parties shall submit their memoranda no later than Friday, May 16, 2008.

SIGNED on this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE