IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN TELTSCHIK, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action 08-00089 (HHK)<br>(Jury Demanded) |
| WILLIAMS & JENSEN, PLLC, et al, | § § § | |
| Defendants | § § § | |

**PLAINTIFF'S MEMORANDUM ON WHICH STATE'S LAW SHOULD GOVERN SUBSTANTIVE STATE LAW CLAIMS (RESPONSE TO DOCUMENT 10)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. The Order Transferring this Case from the Southern District of Texas to this Honorable Court is predicated upon 28 U.S.C. § 1406(a).

2. The question that this Court asked be addressed – which state's law should govern the substantive state law claims – appears to have been answered by the Supreme Court in **Goldlawr, Inc. v. Heiman**, 369 U.S. 463 (1962) when read in conjunction with **Van Dusen v. Barrack**, 376 U.S. 612 (1964). Reading those two cases together, it is the Plaintiff's opinion that because the Southern District of Texas found that the suit was not properly brought in Texas, the law of the District of Columbia will govern the substantive state law claims.

Respectfully submitted,

/s/ J. Wyndal Gordon
J. Wyndal Gordon, F.B.N. jwg23572
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202
Telephone (410) 347-4121
Facsimile (410) 347-3144
Local Attorney

Reginald E. McKamie
1210 Antoine Drive, Suite 1000
Houston, Texas 77055
Telephone (713) 263-9252
Facsimile (713) 263-9256


/s/ L.T. Bradt
L.T. "Butch" Bradt S.D. #4272
5151 San Felipe, Suite 1950
Houston, Texas 77056
Telephone (713) 681-2696
Facsimile (713) 255-3242
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was served to each of the parties listed below on May 9, 2008, by electronic case filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D) by and through their attorney of record, as indicated below:

Williams & Jensen, PLLC, Williams & Jensen, PC, Barbara Wixon Bonfiglio, Meredith G. Kelley, and Robert J. Martinez, by and through their attorneys of record:

**David B. Stratton**, Jordan, Coyne & Safits, LLP, 1100 Conneticut Avenue, NW, Suite 600, Washington, DC 20036.

**Charles T. Jeremiah,** Chamberlain, Hrdlicka, White, Williams & Martin, 1200 Smith Street, Suite 1400, Houston, Texas 77002.

**William S. Helfand**, Chamberlain, Hrdlicka, White, Williams & Martin, 1200 Smith Street, Suite 1400, Houston, Texas 77002.

/s/ L.T. Bradt