UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

v.                                                    C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.

## MOTION TO RESET MOTION HEARING

TO THE UNITED STATES DISTRICT COURT:

Defendants, Williams & Jensen, P.L.L.C., Williams & Jensen, P.C., (collectively "Williams & Jensen"), Barbara Wixon Bonfiglio ("Bonfiglio"), Meredith G. Kelley ("Kelley") and Robert J. Martinez ("Martinez"), file this motion to reset the motion hearing, and would show:

1.    On May 16, 2008, the Court reset the Motion Hearing for June 30, 2008.

2.    Counsel for Defendants are scheduled to attend an annual firm-wide meting for all shareholders and senior counsel and as a result have a conflict on June 30, 2008.  Due to the meeting, and other pre-existing calendaring obligations the same week, counsel respectfully asks the Court to reset the motion hearing for one week later, the following Monday, July 7, 2008, or thereafter.

3.    The motion to reset the motions hearing is unopposed.

Respectfully Submitted


/s/Charles T. Jeremiah
William S. Helfand
Attorney-in-charge
SBOT: 09388250
Charles T. Jeremiah
SBOT: 00784338

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
      WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 654-9630
(713) 658-2553 (Fax)
ATTORNEYS FOR DEFENDANTS-MOVANTS
APPEARING *PRO HAC VICE*

OF COUNSEL:

JORDAN COYNE & SAVITS, L.L.P.

David B. Stratton, Esq.
D.C. Bar No. 413358
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036
(202) 496-2807
(202)496-2800 (Fax)

LOCAL COUNSEL FOR DEFENDANTS-MOVANTS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing has been served to all counsel of record by ECF on this the 21st day of May 2008.


/s/ Charles T. Jeremiah

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORWIN TELTSCHIK

v.                                                        C. A. NO. 08-0089 - HHK

WILLIAMS & JENSEN, ET AL.


**ORDER ON UNOPPOSED MOTION TO RESET MOTION HEARING**


     Came on this day for consideration Defendants' Motion to Reset Motion Hearing.

Having considered the same, the Motion is GRANTED;

     The Motion Hearing is reset for _____ at _____ __m. in

Courtroom 27A before Judge Henry H. Kennedy.


     SIGNED on this _____ day of _____, 2008.



                             _____
                             UNITED STATES DISTRICT JUDGE