IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN TELTSCHIK, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action 08-00089 (HHK) |
| | § | (Jury Demanded) |
| WILLIAMS & JENSEN, PLLC, et al, | § | |
| Defendants | § | |

**PLAINTIFF'S MOTION TO RECONSIDER ORDER GRANTING DONALD F. MCGHAN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, MOTION TO DISMISS OR TRANSFER DUE TO IMPROPER VENUE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DOCUMENT NO. 23 FROM SOUTHERN DISTRICT OF TEXAS)**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff moves the Court to reconsider Document No. 23 from the Southern District of Texas and shows:

1. The gist of the Order dismissing Donald F. McGhan from this lawsuit was that he did not have sufficient minimum contacts with Texas to allow the court to exercise jurisdiction over him.

2. But the Order Transferring this case from the Southern District of Texas to this Court (Document No. 26 from the Southern District of Texas) makes it clear that this Court has jurisdiction over all of the defendants and that venue is proper in this District.

3. Plaintiff therefore requests this Court to reconsider the Order Granting Donald F. McGhan's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss or Transfer Due to Improper Venue and Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted.

4. Plaintiff prays that this Court grant this Motion and set aside the Order dismissing

Donald McGhan from this lawsuit. Plaintiff prays for general relief.

**Certificate of Consultation**

5.  On Friday, May 23, 2008, L.T. Bradt, co-counsel for Plaintiff, conferred by telephone with Joshua Wolson and Robert Kelner, counsel for Donald McGhan, as to their position on this Motion. Based on that conference, counsel for Plaintiff represents that counsel for Donald McGhan are opposed to the granting of this Motion.

Respectfully submitted,

/s/ J. Wyndal Gordon
J. Wyndal Gordon, F.B.N. jwg23572
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202
Telephone (410) 347-4121
Facsimile (410) 347-3144
Local Attorney

Reginald E. McKamie
1210 Antoine Drive, Suite 1000
Houston, Texas 77055
Telephone (713) 263-9252
Facsimile (713) 263-9256

/s/ L.T. Bradt
L.T. "Butch" Bradt S.D. #4272
5151 San Felipe, Suite 1950
Houston, Texas 77056
Telephone (713) 681-2696
Facsimile (713) 255-3242
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument was served to each of the parties listed below on June 4, 2008, by electronic case filing, pursuant to Fed. R. Civ. P. 5(b)(2)(D) by and through their attorney of record, as indicated below:

Williams & Jensen, PLLC, Williams & Jensen, PC, Barbara Wixon Bonfiglio, Meredith G. Kelley, and Robert J. Martinez, by and through their attorneys of record:

> **David B. Stratton**, Jordan, Coyne & Safits, LLP, 1100 Conneticut Avenue, NW, Suite 600, Washington, DC 20036.
>
> **Charles T. Jeremiah,** Chamberlain, Hrdlicka, White, Williams & Martin, 1200 Smith Street, Suite 1400, Houston, Texas 77002.
>
> **William S. Helfand**, Chamberlain, Hrdlicka, White, Williams & Martin, 1200 Smith Street, Suite 1400, Houston, Texas 77002.

Donald F. McGhan, by and through his attorneys of record:

> **Joshua D. Wolson**, Covington & Burling, LLP, 1201 Pennsylvania Ave. N.W.  Washington, D.C.  20004
>
> **Robert F. Kelner**, Covington & Burling, LLP, 1201 Pennsylvania Ave. N.W.  Washington, D.C.  20004

/s/ L.T. Bradt