IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN TELTSHIK | * | |
| Plaintiff | * | |
| v. | * | |
| WILLIAMS & JENSEN, PLLC, et al. | * | CASE#:1:08-Cv-00089 HHK |
| Defendants | * | (jury trial demanded) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST BY LEAD COUNSEL TO ATTEND/PARTICIPATE IN MOTIONS HEARING VIA TELEPHONE

**NOW COMES**, Plaintiff Corwin Teltshik, by and through local counsel, J. Wyndal Gordon of THE LAW OFFICE OF J. WYNDAL GORDON, P.A., to submit this Request on behalf of Lead Counsel to Attend/Participate in Motion's Hearing scheduled for July 15, 2008, via Telephone.

1. That on or about the 9th day of July, 2008, local counsel received communication from lead counsel, Reginald McKamie, advising that he is in a trial in the state of Texas that is expected to last through next week. The communication also revealed that he will not be able to physically appear for the Motions Hearing scheduled for July 15, 2008.

2. That upon receiving this information, local counsel contacted co-lead counsel Leonard Bradt, another Texas attorney to determine his availability to appear for the hearing. That upon doing so, Mr. Bradt advised that he will not be able to attend the hearing telephonically or otherwise because he is scheduled to undergo a battery of medical tests that can not be rescheduled.

3. That local counsel, J. Wyndal Gordon, is scheduled for a hearing in Baltimore City at 8:30 a.m. which could probably slightly delay his appearance as well. The Baltimore hearing originally was not a problem because local counsel expected at least one of the Texas counsel to be present. Therefore, no arrangements were previously made to reschedule the Baltimore City hearing.

4. That Reginald McKamie advised that he has spoken to the Texas judge about the

instant motions hearing and apparently the court is willing to accommodate his schedule for purposes of conducting the telephonic hearing.

5.  That on the 9th and 10th day of, July 2008, Plaintiff's local counsel, J. Wyndal Gordon, spoke with defense counsel, Joshua Wolson, with regard to this matter. Mr. Wolson advised that he spoke with defense counsel involved and they are not opposed to Mr. McKamie arguing the motion via telephone.

6.  That also on the 10th day of July, 2008, Plaintiff's local counsel, and defense counsel placed a three-way call to the court clerk, Tonya (last name unknown), explaining Plaintiff's lead counsel's dilemma. However, Ms. Tonya was not present so a message was left explaining the situation.

**WHEREFORE**, Plaintiff hereby requests that this Court GRANT this Request on behalf of Lead Counsel to Attend/Participate in Motion's Hearing via Telephone, and GRANT such other relief deemed fair and just.

Respectfully Submitted,

\_\_/s/_____
J. Wyndal Gordon
Fed. Dar. No: jwg23572
THE LAW OFFICE OF J. WYNDAL GORDON, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202
410.332.4121 o
410.347.3144 f
Local Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

**I HEREBY CERTIFY**, this \_\_\_ day of \_\_\_\_, 2008, that I conferred with opposing counsel Joshua Wolson, W&J counsel, who conferred with other defense counsel with regard to this non-dispositive Motion and they have interposed no objection, thus no opposition. LCvR7(m).

\_\_\_\_/s/_____
J. Wyndal Gordon

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, this ____ day of ____, 2008, that the foregoing Request on behalf of Lead Counsel to Attend/Participate in Motion's Hearing via Telephone was served upon:

Leonard Bradt
**THE LAW OFFICE OF**
5151 San Felipe, Suite 1950
Houston, Texas 77056

Reginald McKamie
**THE LAW OFFICE OF**
1210 Antoine Drive,
Houston, Texas 77055

David Stratton
**JORDAN COYNE, ET AL.**
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

William Helfand
Charles T. Jerimiah
**CHAMBERLAIN, HRDLICKA, ET AL.**
1200 smith street, Suite 1400
Houston, Texas 77002

Robert Kelner
Joshua D. Wolson
**COVINGTON & BURLING, LLP**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    /s/
J. Wyndal Gordon

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CORWIN TELTSHIK | * | |
| Plaintiff | * | |
| v. | * | |
| WILLIAMS & JENSEN, PLLC, et al. | * | CASE#:1:08-Cv-00089 HHK |
| Defendants | * | (jury trial demanded) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**UPON CONSIDERATION**, of Plaintiff Corwin Teltshik, Request on behalf of Lead Counsel to Attend/Participate in Motion's Hearing via Telephone; and there being no opposition from Defendants' counsel;

**IT IS HEREBY ORDERED**, this ___ day of ____, 2008, that the foregoing Motion be GRANTED.

_____
JUDGE
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**