UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORWIN TELTSCHIK,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAMS & JENSEN, PLLC, et al.,**<br><br>Defendants. | Civil Action 08-00089 (HHK) |

### ORDER

Before the court is defendants' motion to dismiss, filed on October 5, 2007. For the reasons set forth in open court this same day, it is this 15th day of July 2008, hereby

**ORDERED** that the motion to dismiss is **GRANTED** with respect to plaintiff's claim for declaratory judgment and **DENIED** in all other respects.

Henry H. Kennedy, Jr.
United States District Judge
