IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORWIN TELTSCHIK, | : |
| Plaintiff, | : |
| v. | : Case No. 08-089 (HKK) |
| WILLIAMS & JENSEN PLLC, et al. | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorneys Robert K. Kelner and Scott F. Gast of Covington & Burling LLP appear as counsel on behalf of Donald F. McGahn in the above-entitled action.

Respectfully submitted,

/s/ Scott F. Gast
Robert K. Kelner (DC Bar No. 466880)
Scott F. Gast (DC Bar No. 483268)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
rkelner@cov.com

*Attorneys for Defendant Donald F. McGahn*

Dated: August 1, 2008

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that true and correct copy of the foregoing Notice of Appearance was served upon:

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202

L.T. "Butch" Bradt
5151 San Felipe, Suite 1950
Houston, TX 77056

*Counsel for Plaintiff Corwin Teltschik*

David B. Stratton
Jordan, Coyne & Safits, LLP
1100 Connecticut Ave. N.W.
Washington, DC 20036

William S. Helfand
Charles T. Jeremiah
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

*Counsel for Defendants Williams & Jensen PLLC, Williams & Jensen PC, Barbara Wixon Bonfiglio, Meredith G. Kelley, and Robert J. Martinez*

by electronic filing under the Rules of this Court, and upon:

Reginald E. McKamie
1210 Antoine Drive, Suite 1000
Houston, TX 77055

*Counsel for Plaintiff Corwin Teltschik*

by facsimile and first-class mail, on this 1st day of August, 2008.

/s/ Scott F. Gast
_____
Scott F. Gast
*Attorney for Defendant Donald F. McGahn*

2