UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN L. TELTSCHIK<br>*Plaintiff*<br><br>v.<br><br>WILLIAMS & JENSEN, PLLC,<br>WILLIAMS & JENSEN, P.C.,<br>BARBARA WIXON BONFIGLIO, DON<br>F. MCGAHN, II,<br>MEREDITH G. KELLEY, ROBERT J.<br>MARTINEZ and JOHN DOE<br>DEFENDANTS 1-10<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. NO. 08-0089 - HHK |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR STATUS CONFERENCE VIA TELECONFERENCE

### CERTIFICATE OF CONFERENCE

Counsel for defendants has contacted Plaintiff's counsel, who has no objection to the relief sought in this motion.

COME NOW, Defendants, Williams & Jensen, P.L.L.C., Williams & Jensen, P.C., (collectively "Williams & Jensen"), Barbara Wixon Bonfiglio and Meredith G. Kelley, by and through their undersigned counsel and hereby move this Honorable Court to allow their lead counsel to appear by telephone at the Scheduling Conference scheduled for March 18, 2010 at 10:30 a.m. In support of this motion, Defendants, respectfully show this Court as follows:

On February 12, 2010, this Court ruled on Defendants' motion for summary judgment, dismissing most of Plaintiff's claims against Defendants.

In at effort to conserve client resources, Defendants respectfully request that its counsel, Mr. William S. Helfand, be allowed to appear by telephone at the Scheduling Conference, in lieu

of traveling from Houston, Texas for what Defendants believe will be a relatively short conference.

If the Court believes personal appearance by counsel will be helpful in facilitating a more meaningful conference, of course, Defendants counsel will abide by that decision and appear accordingly.

WHEREFORE, Defendants respectfully request that its counsel be allowed to appear by telephone at the Scheduling Conference scheduled for March 18, 2010.

Respectfully Submitted,

/s/ William S. Helfand
WILLIAM S. HELFAND
SBOT No. 09388250
CHARLES T. JEREMIAH
SBOT No. 00784338

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 654-9630
(713) 658-2553 (Fax)
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this 3rd day of March, 2010.



                          /s/ William S. Helfand