UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORWIN L. TELTSCHIK<br>*Plaintiff*<br><br>v.<br><br>WILLIAMS & JENSEN, PLLC, WILLIAMS<br>& JENSEN, P.C., BARBARA WIXON<br>BONFIGLIO, DON F. MCGAHN, II,<br>MEREDITH G. KELLEY, ROBERT J.<br>MARTINEZ and JOHN DOE<br>DEFENDANTS 1-10<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. NO. 08-0089 - HHK |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR FOR STATUS CONFERENCE <u>VIA TELECONFERENCE</u>

Came on this day for consideration Defendants Motion for Leave to appear for Status Conference via teleconference. Having considered the same, the Motion is GRANTED. It is hereby

ORDERED that Defendants' counsel, William S. Helfand, may appear for the Status Conference scheduled for March 18, 2010 via teleconference.

SIGNED on this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE